**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DEMETRIOS NASTA,

                Plaintiff,                                          19 **CIVIL** 3311 (LJL)

          -against-                                        **JUDGMENT**

ANDREW SAUL, Commissioner of the Social
Security Administration,
                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated September 9, 2020, that the Report and Recommendation is adopted in its entirety and Defendant's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            September 9, 2020

                                                                **RUBY J. KRAJICK**
                                                                 _____
                                                                   **Clerk of Court**
                                                **BY:**
                                                                  _____
                                                                   **Deputy Clerk**